**WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP**

Mickee M. Hennessy
Extension 404
Email: mhennessy@westermanllp.com

June 7, 2019

**Via Electronic Filing**
Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza, Courtroom 960
Central Islip, New York  11722

Re:   *In re: Janice Howland*, Chapter 7 Case No. 18-76184 (AST);
      *Kirschenbaum v. Dnal Knab Corporation et al.*, Adv. Pro. No. 18-08618 (AST)
      *Howland v. Wells Fargo Bank, N.A.*, Adv. Pro. No.: 18-08120 (AST)
      Mediation Status Letter

Your Honor:

Please be advised that, despite good faith participation by all parties to mediation, the mediation has not resulted in a settlement at this time.

Respectfully submitted,

Mickee M. Hennessy

MMH:fjj

02018293.DOCX

ATTORNEYS AT LAW                               1201 RXR PLAZA, UNIONDALE, NY 11556
                                    T: 516.622.9200  |  F: 516.622.9212  |  WWW.WESTERMANLLP.COM